United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:21-CR-535 |
| | § | |
| KENNETH B. PONCE | § | |

## ORDER

Came on to be considered Defendant Kenneth B. Ponce's Motion Requesting Permission to Travel [Doc. No. 19], and the Court having considered the same finds that said Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion Requesting Permission to Travel is granted, and that the Defendant is herein allowed to travel with his family to Uvalde, Texas, from July 26, 2021, through July 30, 2021.

SO ORDERED June 28, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge