United States District Court
Southern District of Texas
**ENTERED**
February 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:21-CR-535 |
| § | |
| KENNETH B. PONCE § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for February 11, 2025) is hereby reset for sentencing on May 13, 2025, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas, granting Dkt. No. 65, 66.

SO ORDERED February 10, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge